# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| NINA JACKSON | ) |
| *Plaintiff* | ) |
| v. | ) CAUSE NO.: 3:25-cv-530-KHJ-MTP |
| HINDS COMMUNITY COLLEGE | ) |
| *Defendant* | ) |

## NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**PLEASE TAKE NOTICE** that Defendant Hinds Community Collete by and through counsel, has this day served the following upon Plaintiff's counsel:

1. *Defendant's First Set of Interrogatories and Requests for Production to Plaintiff.*

**Respectfully submitted** this 26th day of JANUARY, 2026.

        **HINDS COMMUNITY COLLEGE**

By: */s/ J. Wade Sweat*
Elizabeth L. Maron (MSB #10133)
J. Wade Sweat (MSB #9933)
ADAMS & REESE, LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Phone: 601-353-3234
Fax: 601-355-9708
Email: Wade.Sweat@arlaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I certify that I have this day filed this Notice of Service with the Clerk of Court *via* the ECF Filing System, which caused notice of filing to be served on all registered counsel of record.

  THIS, the 26th day of JANUARY, 2026.


              */s/ J. Wade Sweat*
              J. WADE SWEAT